IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DEBRA S CLIFTON,

    Plaintiff,

v.   CASE NO. 1:06-cv-00076-MP-AK

MICHAEL J ASTRUE,
JO ANNE B BARNHART,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 15, Report and Recommendation of the Magistrate Judge, recommending that the decision of the commissioner, denying benefits, be affirmed.  The time for filing objections has passed, and none have been filed.  The Court agrees with the Magistrate Judge that the medical evidence supports a finding that her condition has improved; that her reported daily activities do not support her allegations of pain and limitation; and that she has received no mental health treatment, which does not support her allegation of severe mental limitations. Finally, the date the ALJ picked to terminate her benefits is supported by the regulations as the first month she received notice of the termination and is therefore not an arbitrary date.

**ORDERED AND ADJUDGED:**

1.    The Report and Recommendation is adopted and incorporated herein.

2.    The decision of the Commissioner, denying benefits, is affirmed.

**DONE AND ORDERED** this  _25th_  day of September, 2007

          *s/Maurice M. Paul*
          Maurice M. Paul, Senior District Judge